PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☒ U.S. Atty ☐ Other U.S. Agency
Phone No.

Name of Asst. U.S. Attorney (if assigned): MARY E. ROGERS

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. 1:06-M-16M

Place of offense: RHODE ISLAND County

CASE NO.

USA vs.

Defendant: Alberto Sama-Graciano, aka Jo Jo

Address:

lect:

☒ Male ☐ Alien
☐ Female (if applicable)

... Security Number

### DEFENDANT

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

☒ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 21 U.S.C. Secs. 841(a)(1) & (b)(1)(B); | SEE ATTACHMENT. | ☒ Felony ☐ Misdemeanor |
| | 21 U.S.C. Sec. 846 & 18 U.S.C. Sec. 2 | | ☐ Felony ☐ Misdemeanor |
| 2 | 21 U.S.C. Secs. 841(a)(1) & (b)(1)(C); | SEE ATTACHMENT. | ☒ Felony ☐ Misdemeanor |
| | 21 U.S.C. Sec. 846 | | ☐ Felony ☐ Misdemeanor |
| | ESTIMATED TRIAL DAYS: 3 | | ☐ Felony ☐ Misdemeanor |

ATTACHMENT TO CRIMINAL PENALTIES SHEET
ALBERTO SAMA-GRACIANO, a/k/a Jo Jo

Count 1: 21 U.S.C. §§ 841(a)(1) & (b)(1)(B); 21 U.S.C. Sec. 846 and 18 U.S.C. Sec. 2 - Possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

PENALTIES: 40 years with mandatory minimum 5 years imprisonment; $2,000,000 fine; at least 4 years supervised release; $100 special assessment.

Count 2: 21 U.S.C. §§ 841(a)(1) & (b)(1)(C); 21 U.S.C. Sec. 846 Knowingly, intentionally and wilfully combine, conspire, confederate and agree with each other, to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

PENALTIES: 40 years with mandatory minimum 5 years imprisonment; $2,000,000 fine; at least 4 years supervised release; $100 special assessment.