FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR 06-22-01 ML
) ✓CR 06-22-02 ML
ALBERTO SAMA-GRACIANO )
JOSE ENRIQUE CASTILLO MENDEZ )

DEFENDANTS' JOINT MOTION TO EXTEND TIME
TO PREPARE AND FILE PRETRIAL MOTIONS

Now comes the Defendants Alberto Sama-Graciano and Jose Enrique Castillo Mendez and move that the period of time in which they be permitted to file pretrial motions be extended to and through May 15, 2006.

The primary reason for this request is the volume of the discovery received by the defendants. The Government has provided the defense with discovery of telephone conversations on compact discs which appear to include over 21,000 folders. The defense surmises from a very cursory review of some folders that each folder contains three files, including one audio file and that each folder represents one telephone call. The same review seems to indicate that many of these folders are blank or contain no information but the defense does not discern any means of determining which folders fit within this category. In addition, the defense believes that the vast majority of the conversations are in Spanish.

For all of the aforesaid reasons, the defendants jointly move that the period of time to file pretrial motions be extended to and through May 15, 2006, and the trial date in this case be vacated.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Granted. The period of time from 3/13/06 until 5/15/06 is excluded for purposes of the Speedy Trial Act.
Mary M. Lisi
USDJ 3/14/06

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been no previous delay related to the subject matter of this motion, which is excludable, though the defense notes that the arraignment and pretrial discovery order excluded a period of ten days.

Alberto Sama-Graciano
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

Jose Enrique Castillo Mendez
By his Attorney,

Mary June Ciresi #3739
Mary June Ciresi Attorney at Law
91 Friendship St., 4th Floor
Providence, RI 02903
(401) 455-9600

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Mary Rogers, Esq., of the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 13 day of March, 2006.