UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-22-01 ML |
| | ) | CR 06-22-02 ML |
| ALBERTO SAMA-GRACIANO | ) | |
| JOSE ENRIQUE CASTILLO MENDEZ | ) | |

DEFENDANTS' JOINT MOTION TO EXTEND TIME
AND TO VACATE PRETRIAL ORDER

Now come the Defendants Alberto Sama-Graciano and Jose Enrique Castillo Mendez and move that the period of time in which they be permitted to file pretrial motions be extended to and through July 26, 2006 and that the pretrial order in this case assigning this case to the trial calendar for July 2006, be vacated. The defendants are authorized to state that the Assistant United State's Attorney, Stephanie Browne, has no objection to this motion.

There are a number of factors that support this motion. First, the defendants anticipate filing plea agreements in the very near future. However, this case is presently on the July calendar. To insure that the pleas are timely, they would have to be entered by either July 3 or July 5, 2006. Second, the defendants speak Spanish and their attorneys speak English and coordinating the use of Court interpreters is difficult. Another reason is that the defense has been trying to complete the review of the discovery process. Defendant Sama-Graciano has used a Spanish speaking law student to accomplish a great deal of this work, which reduces, but does not eliminate the need for professional interpreters. In addition, there have been practical problems, such as coordinating the viewing of the surveillance video tape.

For all of these reasons, the defense request that the aforesaid extension of time be granted.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12 of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The defense would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been previous delay, for the period from March 13, 2006 to July 5, 2006, related to the subject matter of this motion, in the nature of similar prior motions to extend time, which is excludable, and the defense notes that the arraignment and pretrial discovery order excluded a period of ten days.

Alberto Sama-Graciano
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

Jose Enrique Castillo Mendez
By his Attorney,

Mary June Ciresi #3739
Mary June Ciresi Attorney at Law
91 Friendship St., 4th Floor
Providence, R.I. 02903
(401) 455-9600

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Stephanie S. Browne, Esq., of the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 29 day of June, 2006.